17-13937
18-10027
18-13179

April 24, 2019

EMERGENCY MOTION TO ORDER ALL BANKRUPTCY ATTORNEYS AND REPRESENTATIVES OF BANK, JUDGE BAILEY AND US BANKRUPTCY COURT REPRESENTATIVES TO IMMEDIATELY COMMUNICATE, PROVIDE RESTITUTION FOR THEIR MULTILIPLE FAILURES TO STOP "THE WORST CASE OF LEGAL ELDER ABUSE RECORDED IN A COURTROOM". THESE MEMBERS OF THE BAR AND US COURT SYSTEM FAILED REPEATEDLY TO REPORT THESE FRAUDS ON THE COURT AND AS A RESULT HAS CAUSED HAZNAR, TO BE A CRIME VICTIM WHEN HE WAS KIDNAPPED BY QUINCY POLICE FOR REPORTING THE LEGAL ELDER ABUSE AGAINST HIS ELDERLY MOTHER.

FACTS:

1) In the three bankruptcy filings for Aubrey Haznar, 2 of the attorneys Wilcox and Neilson suggested he suborn perjury, after knowingly allowing a known fraud from a Massachusetts courtroom to infect the US Bankruptcy system. Wilcox and Neilson are mandated to report these frauds and despite being presented with evidence of legal elder abuse (outlined in the last filing to Bailey, who failed to do his prescribed duties) all failed to report these crimes. Bailey must report these crimes as dictated by US DOJ guidelines, but instead ordered Haznar to find a lawyer to remove these stains.

2) Bailey has now subsequently silenced Haznar who suffers from a form of PTSD caused by a "documented system of courthouse corruption in Wareham District Court". Despite evidence given to Bailey it is impossible in Massachusetts to report judges who take bribes for issuing non-law based rulings, Bailey ignored the pleas of Haznar, a victim of bad lawyers and a horrible judge, who allowed this system of elder abuse to flourish without reporting it. Bailey and his clerk, Mary, will face future sanctions as Haznar begins to file civil and criminal actions against these members of the US Court System. In response and an attempt to silence Haznar who is now homeless because of these failures by these members of the US Court system, issued a bizarre ruling silencing Haznar from the prescribed ADA remedy of allowing pro se defendants to file via email as it was done in the last filing and facilitated by the Clerk of Court as she is mandated to do. Filings will be made in higher courts to order Bailey not to silence victims of courthouse corruption who are rendered disabled by documented systems of corruption.

3) It is obvious by Bailey's inaction, the US DOJ should immediately intervene and help both Haznar and his elderly mother from future abuses and failures of systems to report crimes as mandated. A new judge should be immediately appointed.

4) All attorneys, Wilcox, Neilson and the representatives of US Trust refuse to communicate with Haznar, apparently in response to Bailey's continued silencing of people to help Haznar. Haznar, who in three days will lose all of his possessions, because US Trust failed to communicate details of where belongings of 45 Mears Ave are located, fees involved and how to retrieve these items. Lawyers for US Trust failed to report frauds on the court and indirectly allowed this infection in the court

Haznar Emergency Motion -2-

Immediate Remedies

1) Order Neilson, Wilcox and members of US Trust to communicate in writing at email address below. Haznar is homeless, has no access to mail and is relying on one email address. These three must come up with a solution to avoid their client further harm for their failures.
2) Order US Trust to communicate in writing at the email below explaining where items for 45 Mears Ave are stored, a copy of the contract, date of next payment and amount due. As a good will gesture because the bank's representatives actions caused the bank to become part of a criminal probe for their attorneys to knowingly allow an "unclean bankruptcy" to be filed, with a known fraud. The Bank should be ordered to pay the next month's rental storage fee as a good will gesture.
3) Order all attorneys involoved in stopping this criminal conspiracy to immediately "make right" their failures and assist Haznar monetarily. Haznar paid Wilcox and Neilson more than $8,000 to produce a clean bankruptcy. They failed. Those fees should be immediately returned to Haznar via PayPal at 617-549-8792 by noon on the next day after this filing.
4) Order a freeze of all personal assets transfers of Wilcox, Darst, Bailey and clerk "Mary" for ignoring their duties and failures to help crime victims. This will allow Haznar to seek remedies for their failures immediately in civil courts.
5) Communicate with Quincy Police and order them to take Haznar's crime statement when he ordered Wareham to investigate this legal elder abuse in an attempt to file a clean bankruptcy and instead the Wareham Acting Chief ordered Quincy PD some fifty miles away to "arrest/kidnap" Haznar who was not sectioned 12, was not intoxicated, officers did not have a warrant nor the psychological training to issue such an order. To date Haznar has yet to file a criminal complaint.
6) Order Massachusetts General Hospital's Dr. Justin Chen to immediately begin trauma therapy treatment for Haznar who was severely abused and disabled by being kidnapped by Quincy police as an attempt to remove this stain to file a clean bankruptcy
7) Immediately order a new Bankruptcy Judge to oversee this case because Bailey's inactions and attempt to silence a crime victim with a disability is unacceptable and inhumane. Bailey's lack of actions will lead to sanctions for his failures.
8) This is the courts official notice that Aubrey Haznar is homeless and has no address to receive US Mail. All correspondences should be sent electronically to aniceguyinquincy@yahoo.com. Please also follow up with a phone call at 617-549-8792.

Signed under pains and penalties of perjury.

*[signature]*

Aubrey J. Haznar

Homeless because of Bankruptcy Court's inaction to stop frauds

aniceguyinquincy@yahoo.com

617-549-8792

Evidence

1) Filing with US Attorney Providence because US Attorney Boston has been compromised by failures of the FBI and US DOJ to remedy this ongoing situation where an elder continues to be abused and a man has become homeless because of failures of members of the Bar.
2) Past filing of US Bankruptcy pleas to Bailey explaining why it is impossible to report frauds committed by judges. Bailey's failures to do his job should put him under investigation by the US DOJ Inspector General's Office immediately. See 8/22 18-13179

United States Attorney
District of Rhode Island
100 Westminster, 8th Floor
Providence, RI 02903

Telephone: (401) 709-5000

# Request for Inquiry

The United States Attorney prosecutes violations of Federal criminal law and represents Federal agencies in civil actions, and can only pursue matters that fall within that authority.

The U.S. Attorney's Office does not conduct criminal investigations but will refer any matter where there is potential Federal criminal jurisdiction to the appropriate investigative agency.

The information you provide will be reviewed and this office will determine whether it merits action by this office or referral to an investigative agency.

Please note that the U.S. Attorney cannot provide legal advice to private citizens or entities.

You may take this form with you and when you have completed it, mail it to the above address, or fax it to (401) 709-5001.

Date: 4/24/2019

Your Name: Aubrey Hazman

Address: 45 Mears Ave
Quincy, MA

Telephone: 

Mobile phone: 6175498792

If there is a court action pending in any jurisdiction concerning this matter, please identify the court and Case number or caption:

See Attached 4 pages

List any other public agencies you have contacted regarding this matter

See Attached

Please identify any attorney representing you in this matter:

Pro Se

If another public agency referred you to this office, please identify that agency.

Quincy PD

On the reverse side, briefly summarize the facts of this matter. If you have any relevant documents, please attach photocopies. **DO NOT ATTACH ORIGINAL DOCUMENTS.**

Exhibit D-Wareham and Mattapoisett Mandated Reporter Order

Note of Confidentiality: Forty five minutes after Wareham and Mattapoisett Police were forced to investigate Judge Welch, Clerk Nobrega and the elder's caregivers after "spraying" multiple mandated reporters on March 26 as a last ditch effort to removed the known fraud transmitted from the Wareham District Court into the US Bankruptcy Court and Attorney Beaton knowingly infecting the Metro South Housing Court, I experienced a trauma I have yet to recover. On Monday, April 8, I was scheduled to make a criminal statement to the US Attorney, but that has been delayed because of Beaton's action to circumvent Judge Sherring's orders. Three Quincy Police burst in my front door without permission with a copy of the Mandated Reporter Order below clearly explaining how multiple public officials knowingly advancing a criminal conspiracy and defrauding an elder. The only remedy for these departments to avoid investigating these crimes and offer to present evidence is to deem the complainant "Non-credible."  I was forced out of home, held down on a stretcher, refused all medical attention, yet I was held on a gurney against my will and handcuffed. I was denied all requests to contact my attorney or call state police to stop this apparent whistleblower snuffing action. I was taken to Quincy Medical and was quickly released after the doctors were appalled officers would remove someone from their home because a crime victim wrote the term "I feel so alone" in describing the challenges of bringing criminal charges against Judge Welch and Clerk Nobrega. I received significant trauma and have yet to make my statement to the US Attorney which will result in the immediate arrest of three Quincy Police Officers and the closure of Brewster Ambulance. The only way legally officers could have done this is if I was deemed a "section 12" which requires a three hour exam by a licensed psychologist or disabled/drunk. I was neither. The actions of Quincy and Wareham fit the legal definition of engaging in a criminal conspiracy to kidnap a whistleblower.



**From:** Aubrey Haznar [mailto:aubrey@haznar.com]
**Sent:** Tuesday, March 26, 2019 8:13 AM
**To:** 'john_walcek@warehampolice.com'; 'john_gerard@warehampolice.com'; 'walter_correia@warehampolice.com'; 'cassandra_cassidy@warehampolice.com'; 'christopher_park@warehampolice.com'; 'peter_flannery@warehampolice.com'; 'daniel_henderson@warehampolice.com'; 'paul_somers@warehampolice.com'
**Cc:** 'steven_soqui@warehampolice.com'; 'mfs@warehampolice.com'; 'wcd@warehampolice.com'; 'bmw@warehampolice.com'; 'dean_decas@warehampolice.com'; 'kevin_reilly@warehampolice.com'; 'kevin_reilly@warehampolice.com'; 'Susan_Kucinski@warehampolice.com'; 'Zina_Kelsch@warehampolice.com'; 'administration@wareham.ma.us'; 'beth.stone@state.ma.us'; 'richard.savignano@state.ma.us'; 'wmurphy@nesl.edu'; 'kerry.gilpin@massmail.state.ma.us'; 'david.procopio@massmail.state.ma.us'; 'michael.firestone@state.ma.us'; 'maura.healey@massmail.state.ma.us'; 'White, Kevin R. (BS) (FBI)'; 'Setera, Kristen M. (BS) (FBI)'; 'CHARLIE.BAKER@STATE.MA.US'; 'paula.carey@jud.state.ma.us'; 'paul dawley'; 'White, Tim'; 'wcrappleye@sbgtv.com'; 'citydesk@bostonherald.com'; 'citizensresponsereports@pol.state.ma.us'; 'Andrew.Lelling@usdoj.gov'; 'andrew.e.lelling@usdoj.gov'; 'katherine.field@jud.state.ma.us'; 'THERESE.WRIGHT@JUD.STATE.MA.US'; 'danel.wren@jud.state.ma.us'; 'psaintjames@tbhr-law.com'
**Subject:** Please Help This Elderly Victim Before She's Abused More and Dies

March 26, 2019

John Walcek
Acting Chief

Wareham Police Staff
Town Administrator's Office
Wareham, MA

*Via Email*

# REQUEST FOR CRIMINAL CHARGES IN THE WORST CASE OF DOCUMENTED ELDER LEGAL ABUSE IN THE COMMONWEALTH

Dear Chief and Wareham Police Staff:

I am a governmental whistleblower and former official for the Commonwealth. My 92-year old mother and I are victims of multiple crimes committed in your town and have been denied our rights to file criminal charges against the people who illegally locked me and my mom in a Wareham District courtroom and horribly abused my mother to the point where she was brought tears and had her multiple rights stripped. My siblings paid a judge and a documented felon of the Trial Court to issue the first of its kind ruling in America. I have been repeatedly silenced by the multiple county, state, and federal agencies from taking steps to insulate my mother from being forced to commit more crimes in other courts against her wishes, based on this paid for first of its kind 209A where it is illegal for a son to send a note in a holiday card. Not one law enforcement agency can stop this documented case of legal elder abuse committed by a judge. Can you please?

Each of your lives are personally endanger by these systems of documented Trial Court corruption and corrupt cops in at least three different agencies. They have put drunks back on the road and no one cares to do anything to stop these scourges. Shockingly, not one person has interviewed this beautiful woman to find out why she was forced to swear out a criminal complaint that factually could not be true and why she was forced to engage in these multiple frauds in an illegally locked courtroom on the slowest day of the court calendar. You know she cries herself to sleep at night wanting to be reunited with me but they threaten to abandon her if she brings my name up or they will physically hit/tap her when she goes into crying spells over this who sick disgusting system of abuse? Perhaps I can pay you or someone

you may know to buy the same kind of justice my siblings have because not one person has interviewed my mom.

**I and my 92 year old mother Louise Haznar of Mattapoisett are victims of multiple crimes committed by public officials. We are requesting your law enforcement agency either communicate in writing immediately you will help this elderly victim or will not. Please reply immediately in writing because this elder's abuses continue today.**

1) Communicate in writing if you will assist me in filing criminal charges as you are tasked to do in your role as chief of police in the town where these crimes occurred. Since my siblings have abused their legal fiduciary duties, I would like to file criminal charges on behalf of my elderly mother. There are no laws that limit any jurisdictional responsibility just because crimes were committed by a state employee in a state building. And because a felon and abuser of an elder wears a robe and another got his job because Senator MacLean extorted it for him, should not put them above the law.

2) Insulate my mother until all of this is sorted out. I requested MPD order an autopsy if she dies. My siblings have embezzled millions illegally and I am presenting you with evidence of an elder being abused by her caregivers in the form of elder legal abuse where she was forced to file false police reports and commit frauds on the court. The MPD officer that did the 209A violation that was thrown out got a bunch of scallops from Sgt. Moran and never interviewed my mother, against department procedure. I would not put it past my siblings to hasten her death because not one person has interviewed her and Mattapoisett PD does not want this to come to light because of level of corruption with at least five officers including Lyons. Remember Lyons and former Chief Moran let Hockey Star Jim Craig "skate" and allowed John Shawcroft rob the souls of all those high school girls as Mary blindly patrolled the same school.

3) Communicate in writing if you would like information, driving records, digital data, dates of offenses, payoffs of various public officials to validate our findings that members of the Trial Court have worked and continue to work in concert with various police departments to eliminate serious offenses of drunk drivers. If

you would like to learn how to create an "X" number in the RMV database to shield actions, for example, that's easy.

**Evidence Presenting:**

**1) Court Transcript:** The attached court transcript with narrative of our investigation will shock you. If you have a basic foundation of court proceeding, you know the first thing a judge has to do is verify if an elder is not being manipulated/forced and that there is actual evidence to support a charge. Yes, this happened in your town to an elder, for a cash payment. The criminal charges are quite evident but I can spell them out for you if you would like. I can send you the audio as well.

**2) Video Report of Cabal of Corrupt Public Officials:** We put together the shell of a TV news report outlines the findings and abuses of this lady by these reprobates. There are "holes" or areas that need to be covered with video, but the audio should be shocking enough.
To view video report of this cabal of corrupt public officials, click this link and download:
https://www.dropbox.com/s/hd22hd0f4aqjrdn/corruption-Small.mov?dl=0

**3) Details of the Worst Case of Elder Legal Abuse in Mass and Who Is to Blame for Failing this Elder:** More than 14 governmental agencies and 54 Mandated Reporters, who by law are supposed to help victims, failed. Everyone in your department is considered a mandated reporter and now must act on these allegations whether you believe they are specious or not. Please, someone do their duty and follow the law. Just interview her.

If you do interview Welch, the judge, they stuck him in Fall River to limit his pay for justice perversion of our laws. He carries a gun on him. Do you know how intimidating it is watching the court be illegally cleared of all witnesses including the court officers so no one witnesses their bastardaization of justice? Do you know how this pay for justice system endangers each of your officers and motorists everywhere?

US ATTORNEY'S OFFICE-RI 24 APR 2019 AM 10:29

My brother used to rape me.  He is a graduate of the Father Porter School of Alter Boys at St. James Church.  When I watched Nobrega without any fear illegally lock me and my mom in a courtroom and tell the clerk to clear anybody from watching him ply his perversion of our justice system. When I was threatened with jail by a judge who openly defies Trial Court rules I went into a trance. It was like Welch and Nobrega were metaphorically pining me down and allowing my childhood rapist to abuse me all again. Only this time he paid his sick friend to remove my rights so he can embezzle millions.

I feel like I am being abused again by a system that won't believe me when I am presenting clear evidence of crimes.

I feel so alone.

Sir, I am destitute, become homeless in a day and fear even leaving my house or even picking up the phone.  I know, pretty sad just based on getting a silly 209A.  But the whole thing shattered me, it broke me.  Watching this perversion of justice. Being illegally locked up.  Having my life threatened by a jurist who carries a gun.  Watching my mother be brought to tear as he kept on verbally berating her to say the magic words. And being laughed at by law enforcement and those that are supposed to help my mom just because the perpetrator wears a robe. How sick.

Can someone please help Louise Haznar from being forced by her caregivers to commit more crimes against her wishes?

Best, Aubrey
617-549-8792

Check out some of my accomplishments: *www.Haznar.com*
And my linkedin : https://www.linkedin.com/in/aubreyhaznar/

I am a victim asking for help and have been denied.  Will you and your town continue this tradition of abuse of my mother and failing to help her for crimes committed in your town?