UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AUBREY HAZNAR, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 19-10977-LTS |
| JUDGE BAILEY, et al., | ) | |
| Defendants. | ) | |

ORDER

June 25, 2019

SOROKIN, J.

On May 13, 2019, this Court issued a Memorandum and Order (Docket No. 5) denying plaintiff's motion to proceed *in forma pauperis* and directing him to file a complaint accompanied by a renewed motion to proceed *in forma pauperis*. The Memorandum and Order stated that failure of Haznar to comply will subject this case to dismissal.

The Court's records indicate that plaintiff has not responded to the Memorandum and Order and the time to do so expired on June 3, 2019. It is a long-established principle that this Court has the authority to dismiss an action *sua sponte* for a plaintiff's failure to prosecute his action and his failure to follow the Court's orders. Fed. R. Civ. P. 41(b). "The authority of a federal trial court to dismiss a plaintiff's action ... because of his failure to prosecute cannot seriously be doubted," and "is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962). *See Tower Ventures, Inc. v. City of Westfield*, 296 F.3d 43, 46 (1st Cir. 2002).

While the Court exercises this authority with caution, dismissal is appropriate in the case at hand. Accordingly, for the failure to comply with this Court's directives set forth in the prior Memorandum and Order (Docket No. 5), this action is hereby DISMISSED in its entirety.

SO ORDERED.

 /s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge